**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| Samuel Love,<br><br>                Plaintiff,<br><br>    v.<br><br>Lawrence Bass et al.,<br><br>               Defendants. | EDCV 15-674-VAP (DTBx)<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO FILE MEDIATION REPORT** |

      On June 25, 2015, the Court issued its Scheduling Order. (Doc. No. 18.) Pursuant to that Order, the final day to conduct a settlement conference was November 2, 2015, and the parties were required to file a joint report no later than ten days after the conference. As the Court received no joint mediation report, the Court ORDERS the parties to show cause, no later than March 14, 2016, why sanctions should not be imposed for failure to file a joint mediation report timely. The parties may also discharge this order by filing a notice of settlement.

**IT IS SO ORDERED.**

Dated:    3/3/16

                                                    Virginia A. Phillips
                                          United States District Judge