JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, | Case: 5:15-CV-00674-VAP-DTB |
| Plaintiff, | **ORDER** |
| v. | |
| LAWRENCE BASS, in his individual and representative capacity as trustee of the FBO Minnie Bass, Minnie Trust; MAJOR SINGH VIRK; and Does 1-10, | |
| Defendants. | |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

*Virginia A. Phillips*

Dated: March 17, 2016

HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT COURT JUDGE